No. 540.   CANTOR *v.* CHERRY, TRUSTEE IN BANKRUPTCY, ET AL.   January 7, 1935.   Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Jacob Weinstein* for petitioner.   *Mr. Emil F. Goldhaber* for respondents.

No. 539.   MCDUFFIE, ANCILLARY RECEIVER, *v.* WELLS FARGO BANK & UNION TRUST Co.   January 7, 1935.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Mr. Hiram W. Johnson* for petitioner.   *Messrs. Sidney M. Ehrman* and *Lloyd W. Dinkelspiel* for respondent.

No. 541.   DOUGLAS *v.* WILLCUTS, COLLECTOR OF INTERNAL REVENUE.   January 7, 1935.   Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.   *Mr. Clark R. Fletcher* for petitioner.   *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 545.   HIGHWAY TRAILER Co. *v.* COMMISSIONER OF INTERNAL REVENUE.   January 7, 1935.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Mr. Robert Ash* for petitioner.   *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *J. P. Jackson* for respondent.

No. 548.   FLEETWAY, INC. *v.* PUBLIC SERVICE INTERSTATE TRANSPORTATION Co.   January 7, 1935.   Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.   *Mr. Louis B. LeDuc* for petitioner.   *Mr. William H. Speer* for respondent.